# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0552. LISA FRADY SELKE, et al. v. PATRICIA CARSON, et al.**

Employees of the Forsyth County Sheriff's Office filed this appeal from orders denying their petition for a writ of mandamus pursuant to OCGA § 9-6-20. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*